■ MARY GOINES, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant, et al., Defendants.— Motion for reargument or resettlement denied, with $10 costs. Concur — Peck, P. J., Rabin, Frank and McNally, JJ. [See 3 A D 2d 307.]

■ EDWARD TORRES, Respondent, v. MARTIN T. LACEY, as President of Joint Council No. 16, International Brotherhood of Teamsters, Chauffeurs, Warehousemen, Helpers of America, Appellant, et al., Defendant.— Motion for reargument denied, with $10 costs. The defendant-appellant's time to answer the amended complaint is extended until 20 days after service of a copy of this order with notice of entry upon his attorney. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ. [See 3 A D 2d 998.]

■ In the Matter of ARTHUR L. REUTER, as Acting Commissioner of Investigation of the State of New York, Appellant. SYLVESTER COSENTINO, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, J. P., Rabin, McNally and Bergan, JJ. [See ante, p. 252.]

■ In the Matter of HAROLD ROBBINS et al., Appellants, against JOSEPH SCHECHTER, as Chairman of the City Civil Service Commission, City of New York, et al., Respondents, and ELMER C. CONE et al., Intervenors-Respondents. — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Frank, Valente and McNally, JJ. [See 3 A D 2d 1010.]

■ J. LASRY & SONS, INC., Appellant, v. K. L. M. ROYAL DUTCH AIRLINES, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein and Rabin, JJ. [See 3 A D 2d 992.]

■ In the Matter of GEORGE WINKLER, Appellant, against STATE LIQUOR AUTHORITY, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ. [See 3 A D 2d 1011.]

■ In the Matter of the Estate of GAETANO DE SANTIS, Deceased. DELIA DE SANTIS, Appellant; GUISEPPINA DE SANTIS et al., Respondents.— Motion for leave to appeal to the Court of Appeals or reargument denied, with $10 costs. Concur — Peck, P. J., Botein, Frank, Valente and McNally, JJ. [See 3 A D 2d 902.]

■ E. R. M. REALTY CO., INC., Appellant, v. HELEN R. THOMPSON et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, J. P., Rabin, Frank and McNally, JJ. [See 3 A D 2d 994.]

■ RICHARD F. HOGAN, Respondent-Appellant, v. CHESS SERVICE Co., INC. et al., Appellants-Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ. [See 3 A D 2d 909.]

■ In the Matter of JOHN A. ROOSEVELT et al, Appellants, for Approval of the Filing of the Certificate of Incorporation of Metropolitan Republican Club, Inc. THOMAS J. CURRAN, as Chairman of the Republican County Committee of the County of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, J. P., Rabin, McNally and Bergan, JJ. [See 3 A D 2d 988.]